# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH J. SPRINITIS,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-368-Orl-19KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)**
>
> **FILED:**       **March 22, 2006**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

The Affidavit of Indigency submitted by Plaintiff Joseph J. Sprinitis indicates that he has sufficient funds to pay the filing fee and costs associated with service of process in this matter. *See* Doc. No. 2 at 3; *see also Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004). It is, therefore, respectfully recommended that the plaintiff's application be denied and that, if the

required filing fee is not paid within eleven days from the date of any order adopting this Report and Recommendation, the case be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 23, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party